UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,      :
                               :
     Plaintiff                 :
                               :
     v.                        :   CASE NO. 3:10CV1897(RNC)
                               :
KEITH GALGOT,                  :
                               :
     Defendant                 :

ORDER

Pending before the court is the government's "Motion for Examination of Judgment Debtor and for a Hearing on Defendant's Ability to Pay the Judgment." (Doc. #16.)   The motion is granted.

It is hereby ORDERED that the judgment debtor, Keith Galgot, appear before the undersigned in the East Courtroom, 450 Main Street, Hartford, Connecticut on **September 30, 2011 at 11:00 a.m.**, then and there to be examined under oath concerning his assets and his ability to pay the judgment.  The court may make such orders at the hearing or thereafter that it determines to be reasonably calculated to facilitate payment of the judgment.

It is further ORDERED that the judgment debtor bring with him and produce at the hearing (1) all documents sought by the government's Request for Production, (2) copies of his income tax records for the last two years, and (3) a completed copy of the financial statement attached to the government's motion.

The judgment debtor is advised that failure to appear before the Court at the scheduled time and place and produce the aforementioned documents as ordered above may subject the judgment

debtor to contempt of court and/or the issuance of a *capias* for his arrest.

The government is commanded to give notice of the pendency of this Motion and summon the judgment debtor to appear at the place, date and time set forth for the examination by serving him with a true and attested copy of the Motion for Examination of Judgment Debtor and of this Order by **September 6, 2011.**

SO ORDERED at Hartford, Connecticut this 23rd day of August, 2011.

_____/s/_____
Donna F. Martinez
United States Magistrate Judge